APPENDIX G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

AMERICAN MEDICAL
TECHNOLOGIES A D/B/A OF
GORDIAN MEDICAL, INC.
    V.
GENTELL, INC.; WOUND CARE CONCEPTS, INC.,
ABSOLUTE WOUND SOLUTIONS, INC.;
CATHLEEN SALLITTO; MELODY HANKINS;
MORRIE SUKOFF; and DEBORAH BEZDEK

Civil Action
No: 18-CV-4680

## DISCLOSURE STATEMENT FORM

Please check one box:

[✓]  The nongovernmental corporate party, __GENTELL, INC.__, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

[ ]  The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____

01/18/2019
Date

_/s/ [Signature]_
Signature

Counsel for: GENTELL, INC.

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

    (a)   WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file two copies of a disclosure statement that:

        (1)   identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or

        (2)   states that there is no such corporation.

(b) TIME TO FILE; SUPPLEMENTAL FILING. A party must:

        (1)   file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and

        (2)   promptly file a supplemental statement if any required information changes.