IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN MEDICAL TECHNOLOGIES A D/B/A OF GORDIAN MEDICAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GENTELL, INC.; WOUND CARE CONCEPTS, INC.; ABSOLUTE WOUND SOLUTIONS, INC.; CATHLEEN SALLITTO; MELODY HANKINS; MORRIE SUKOFF; and DEBORAH BEZDEK, <br><br> Defendants. | Case No. 2:18-cv-04680-CDJ |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff American Medical Technologies a d/b/a of Gordian Medical, Inc. and Defendants Gentell, Inc., Wound Care Concepts, Inc., Absolute Wound Solutions, Inc., Cathleen Sallitto, Melody Hankins, Morrie Sukoff, and Deborah Bezdek, by and through their undersigned counsel, jointly stipulate that the above-captioned action should be and hereby is voluntarily dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

The parties, as evidenced by the signatures of counsel below, have stipulated to the dismissal with prejudice of the above-referenced action, each to bear its own costs and expenses, including attorney's fees and costs, except as otherwise agreed by the parties.

This the 28th day of February, 2020.

Respectfully submitted,

s/ Paul M. Thompson

Paul M. Thompson
MCDERMOTT WILL & EMERY LLP
500 North Capitol Street, NW
Washington, D.C. 20001-1531
Phone:  (202) 756-8032
Email: tyran@mwe.com

Thomas A. Ryan (*admitted pro hac vice*)
MCDERMOTT WILL & EMERY LLP
2049 Century Park East, Suite 3800
Los Angeles, CA 90067-3218
Phone:  (310) 277-4110
Email: tyran@mwe.com

*Attorneys for Plaintiff American Medical Technologies a d/b/a of Gordian Medical, Inc.*


s/ Kristine L. Roberts
Patrick J. Sweeney
SWEENEY & SWEENEY, P.C.
1515 Market Street, 19th Floor
Philadelphia, Pennsylvania 19102
Phone:  (215) 563-9811
Email: patrick.sweeney@sweeneyfirm.com

R. Mark Glover (*admitted pro hac vice*)
Kristine L. Roberts (*admitted pro hac vice*)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
First Tennessee Bank Building
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Phone:  (901) 577-2000
Email:  mglover@bakerdonelson.com
        kroberts@bakerdonelson.com

Stephen Azia (*admitted pro hac vice*)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
901 K Street, N.W., Suite 900
Washington, DC 20001
Telephone:  (202) 508-3400
Email:  sazia@bakerdonelson.com

*Attorneys for Defendants Gentell Inc., Wound Care Concepts, Inc., Absolute Wound Care Solutions, Inc.,*

- 3 -

*Cathleen Sallitto, Melody Hankins, Morrie Sukoff, and Deborah Bezdek*